JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>HECTOR EDUARDO ARAUJO-SOTO,<br><br>        Defendant. | CV 11-6216 PA, CR 10-1280 PA<br><br>JUDGMENT DISMISSING PETITIONER'S ACTION WITH PREJUDICE |

Pursuant to the Court's March 11, 2012 Minute Order denying Petitioner Hector Eduardo Araujo-Soto's Motion for Relief Pursuant to 28 U.S.C. § 2255,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 13, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE